### In re BORGER.

(Court of Appeals of District of Columbia. Submitted November 23, 1921. Decided January 3, 1922.)

No. 1457.

Patents ⬦⟞66, 70—Disallowed claims for automobile starting generator held anticipated.

Claims in an application for a patent for an automobile starting generator, wherein the windings of the armature are so formed as to serve the function of a commutator, *held* anticipated by publication and patent, so that three claims were properly disallowed.

Appeal from the Commissioner of Patents.

Application by Henry E. Borger for a patent for a starting generator for automobiles. From a decision of the Commissioner, disallowing three. claims, applicant appeals. Affirmed.

C. L. Sturtevant and E. G. Mason, both of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

⬦⟞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

VAN ORSDEL, Associate Justice. This appeal is from a disallowance of three claims in appellant's application for patent, described in the opinion of the Commissioner as follows:

"The invention defined by the appealed claims is a starting generator for automobiles, wherein the windings of the armature, which are in the form of metal bars extending beyond the limits of the core of the armature at its ends, are self-supporting and spaced apart to afford bearing surfaces, whereby brushes may be mounted to ride thereon and enable such bars to serve the function of a commutator."

The case turned below upon the anticipation of the appealed claims in the publication of Guilbert "Les Generateurs d'Electricitie a l'Exposition Universelle de 1900," and a patent to one Rollins dated January 30, 1894. From an examination of these citations, we are convinced that appellant has been awarded all the claims to which he is entitled.

The decision of the Commissioner of Patents is affirmed.

Affirmed.